NUMBERS
13-02-300-CR and 13-02-301-CR

 

                             COURT
OF APPEALS

 

                   THIRTEENTH
DISTRICT OF TEXAS

 

                                CORPUS
CHRISTI

__________________________________________________________________

 

CRUZ REYNA,                                                                      Appellant,

 

                                                   v.

 

THE STATE OF TEXAS,                                                          Appellee.

__________________________________________________________________

 

                        On
appeal from the 117th District Court 

                                  of Nueces County, Texas.

___________________________________________________________________

 

                                   O
P I N I O N

 

                     Before
Justices Hinojosa, Yañez, and Castillo

                                       Opinion
Per Curiam

 








Appellant, CRUZ REYNA, perfected
appeals from judgments entered by the  117th District Court of Nueces County,
Texas,  in cause numbers 02-CR-1955-B
and 01-CR-1962-B.  Appellant has
filed a motion to dismiss the appeals. 
The motion complies with Tex. R. App. P. 42.2(a).

The Court, having considered the documents on file and appellant=s motion to dismiss
the appeals, is of the opinion that appellant's motion to dismiss the appeal
should be granted.  Appellant's motion to
dismiss the appeal is granted, and the appeals are hereby DISMISSED.

PER CURIAM

Do not publish.

Tex.
R. App. P.
47.3.

 

Opinion delivered and
filed this

the 5th day
of September, 2002.